IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAHMOUD RASHAD<br><br>     Plaintiff,<br><br>v.<br><br>FULTON COUNTY, GA,<br><br>     Defendant. | CIVIL ACTION NO.<br>1:05-CV-01658-BBM |

## JUDGMENT

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of the Plaintiff Mahmoud Rashad and against the Defendant Fulton County, Georgia.

Judgement hereby entered in the amount of $100,000.00 in favor of the Plaintiff Mahmoud Rashad and against the Defendant Fulton County, Georgia, plus interest thereon as provided for by law, and the action be, and the same hereby, is **dismissed**.

                                                                                    JAMES N. HATTEN
                                                                                    CLERK OF COURT

                                                                                    By:  s/Pamela Wright
                                                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 24, 2009
James N. Hatten
Clerk of Court
By: s/Pamela Wright
    Deputy Clerk